

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00034-CV

**IN RE LERIN HILLS MUNICIPAL UTILITY DISTRICT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

Delivered and Filed:  March 18, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On January 27, 2015, relator Lerin Hills Municipal Utility District filed a petition for writ of mandamus complaining of the trial court's order denying in part relator's motion for protective order. The court has considered the petition for writ of mandamus and the response filed on behalf of the real parties in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 001-13-CON-CCL, styled *Lerin Hills Municipal Utility District v. Willis Jay Harpole and Dawn D. Harpole*, pending in the County Court at Law, Kendall County, Texas, the Honorable Bill R. Palmer presiding.